In the matter of the application of JAMES F. ROBINSON, for a Certiorari.

An affidavit made by a landlord for a summons to dispossess his tenant, should *aver posi-
tively* the relation of landlord and tenant, and sufficiently describe the premises.

*This was an ex parte motion for a certiorari to issue to Joseph Conselyea,
one of the judges of Kings county courts. It was a proceeding under the*

*statute authorizing summary proceedings by landlord against his tenant for non payment of rent.*—Robinson's affidavit showed that the affidavit of Ebenezer Hanford upon which the justice issued his summons did not contain sufficient to give him jurisdiction; not showing by *positive averment* the relation of landlord and tenant between the parties, and *not sufficiently describing the premises,* the possession of which was sought to be recovered.

     ROBERT F. WINSLOW, *Attorney and Counsel for Applicant.*

     BEARDSLEY, Justice.—Allowed the certiorari upon the grounds mentioned.

*Note.*—The affidavits of the applicants in the above cases showed that the justices refused to furnish copies of the affidavits and papers upon which the proceedings were had, or to allow copies to be taken. The judge remarked that if this was so, such conduct was extremely reprehensible.